Submitted on record and briefs June 22, probation order modified; otherwise affirmed
September 12, 1990

In the Matter of the Marriage of

Claire Louise MEAD,
*Petitioner,*

*and*

John Joseph HILLS,
*Respondent.*

State ex rel Claire Louise MEAD,
*Respondent,*

*v.*

John Joseph HILLS,
*Appellant.*

(D8202-66684; CA A62738)

797 P2d 411

John Hills filed the brief *pro se* for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Meg Reeves, Assistant Attorney General, Salem, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

In this probation revocation proceeding, the state concedes that the trial court was without authority to continue defendant's probation beyond five years from the date when the probation was originally imposed. ORS 137.010(3).

Probation order modified to continue defendant's probation to and including August 23, 1993; otherwise affirmed.